

# GANG ENFORCEMENT UNIT
### NEWPORT NEWS POLICE DEPARTMENT
### ORGANIZED CRIME DIVISION

# NCIC GANG  DOCUMENTATION

## OFFICER INFORMATION

**SUBMITTED BY:** Kempf A.J.
**AGENCY ORI:** 116
**AGENCY NAME:** NEWPORT NEWS POLICE DEPARTMENT
**AGENCY EMAIL:** ███████████
**ADDRESS:** 9710 JEFFERSON AVENUE, NEWPORT NEWS, VIRGINIA
**TELEPHONE NUMBER:** ████████

## GANG MEMBER INFORMATION

**NAME** (last, first, middle): Hughes, Malik, Rashun

**ALIAS:** "slicc"     **SEX:** M     **RACE:** (B) BLACK

**DOB** ██████ **SSN:** ████████    **HGT:** 6'4"    **WGT:** 176

**OL#/ STATE:** ███████ VA **EYE COLOR:** Br    **HAIR COLOR:** Bk

**ADDRESS:** ████████████, Hampton, Virginia, 23666

**GANG NAME:** Rolling 60's Crips    **NATIONAL AFFILIATION:** Crips

**REASON FOR CONTACT:** Documentation Through Investigation

**LOCATION OF CONTACT:** Interview

**OFFICER SAFETY CONCERNS:** Armed and Dangerous

**SCARS/ MARKS/ TATTOOS:** N/A

**GANG AFFILIATION CRITERIA:** EF

A. SELF ADMITTED GANG MEMBER AT TIME OF ARREST
B. IDENTIFIED AS GANG MEMBER BY INFORMANT
C. CORROBORATED BY PERSON OF UNKNOWN RELIABILITY
D. FREQUENTS GANG AREA AND ASSOCIATES WITH KNOWN GANG MEMBERS
E. ARRESTED WITH KNOWN GANG MEMBERS
F. SELF ADMITTED GANG MEMBERSHIP AT ANY TIME OTHER THAN ARREST
Must have a combination of: A, BC, BD, BE,  BF, CD, CE, CF, DE, DF, EF

| Purge Date | Group |
|---|---|
| 7-15-2030 | Rollin 60's Crips |
| | **Sub Group** |
| | **NCIC ENTRY #** |

*For NCIC Use Only*

THIS IS LAW ENFORCEMENT SENSITIVE INFORMATION. FURTHER DISTRIBUTION OF THIS DOCUMENT OUTSIDE THE NEWPORT NEWS POLICE DEPARTMENT IS PROHIBITED; PRIOR WRITTEN APPROVAL SHALL BE OBTAINED FROM THE NNPD GANG ENFORCEMENT UNIT SUPERVISOR FOR DISSEMINATION. PERSONS OR ORGANIZATIONS VIOLATING THESE DISTRIBUTION RESTRICTIONS MAY BE PROSECUTED AND WILL BE PROHIBITED FROM RECEIVING FUTURE DOCUMENTS.  NO REPORT OR SEGMENT THEREOF MAY BE RELEASED TO ANY MEDIA SOURCES.

 

# GANG ENFORCEMENT UNIT
## NEWPORT NEWS POLICE DEPARTMENT
### ORGANIZED CRIME DIVISION

Subject Name:  Malik Rashun Hughes

Subject DOB: █████████████

Intel/Event Date: April 4, 2025

Gang Affiliation Criteria: F - SELF AMITTED GANG MEMBERSHIP AT ANY TIME OTHER THAN ARREST

Submitted By:   Detective A. J. Kempf

Submission Date: 04/04/2025

Source of Information:

☐ Criminal Offense / Incident

☐ Field Interview

☐ Debrief

☐ Confidential Informant

☒ Social Media

  ☒ Public

  ☐ Private

☐ Other:

PAGES ATTACHED:

## *Rolling 60's Crips*

14

THIS IS LAW ENFORCEMENT SENSITIVE INFORMATION. FURTHER DISTRIBUTION OF THIS DOCUMENT OUTSIDE OF THE NEWPORT NEWS POLICE DEPARTMENT IS PROHIBITED; PRIOR WRITTEN APPROVAL SHALL BE OBTAINED FROM THE NNPD GANG ENFORCEMENT UNIT SUPERVISOR FOR DISSEMINATION. PERSONS OR ORGANIZATIONS VIOLATING THESE DISTRIBUTION RESTRICTIONS MAY BE PROSECUTED AND WILL BE PROHIBITED FROM RECEIVING FUTURE DOCUMENTS. NO REPORT OR SEGMENT THEREOF MAY BE RELEASED TO ANY MEDIA SOURCES.



04/04/2025

The above attached photograph is a screenshot from the Instagram account believed to be operated by Rollin 60's Crip gang member Malik Hughes. In the biography located at the top of the photograph, there is a distinct "60" which is followed by two emoticons displaying an individual in a wheelchair. In my training and experience as a Gang's Detective, it is common for members of the "Crips" to utilize emoticons of "crippled individuals", along with numeric directly correlated with national Crip set. Such as "60's", to display membership to the Crip gang. Additionally, there is an abbreviation of "S.I.P." located within the account biography, which is a term I have observed Crip gang members to utilize.



04/04/2025

Pictured above is Ra'Onte Scott (black jeans, black shirt, raising up his middle finger), Malik Hughes (white shirt holding what appears to be a firearm), and DIXON. Malik Hughes hereinafter referred to as HUGHES, has self-proclaimed his affiliation to Rollin 60's Crips through social media.



11/13/2024

Pictured above is a group of individuals standing in the road of Pavilion Place which is a neighborhood within the City of Newport News, Virginia. DIXON can be seen in this photo wearing a white shirt, blue jeans, and blue and white shoes. Additionally, Malik Hughes, who is seen wearing a black and white T-shirt and blue jeans. can be observed utilizing his right hand to throw up a "C". Malik Hughes, who is also known as Hoodstaslicc on Instagram, has also claimed his affiliation to Rollin 60's Crips through his social media. Other individuals in this photo can be observed throwing up the "neighborhood" hand signs as well as the five on one hand and one on the other. These hand signs are only used by members of the Rollin 60's Crips.

### December 16, 2024, Newport News Incident Report

In the attached Newport News Police Department Incident Report, Rollin 60's Crips gang member Malik Hughes, is arrested alongside Blood's gang member Alonta Scott 03/21/2002, along with Crips affiliate Jayvon Woods, DOB: 05/13/2004. Three (3) firearms were recovered during the traffic stop.

**Newport News Police Department**

## Incident Report

ORI : VA1160000

Print Date : 04/04/2025 17:26

### Incident Information

| | |
|---|---|
| Incident # : 202411404 | Reported Date : 12/16/2024 17:47 |
| Investigating Officer : | Reporting Officer : TAYLOR, JUSTIN W |
| Occured From : 12/16/2024 16:43 MON | Location : J CLYDE MORRIS BLVD / JEFFERSON AVE NN,VA 23601 |
| Occured To : 12/16/2024 17:00 MON | |

#### Incident Details

| | |
|---|---|
| Case Status : | Disposition : CLEARED BY ARREST |
| Status Date : | Disposition Date : 12/16/2024 18:52 |
| Record Date : | |
| Remarks : | |

### Associated Name Summary

| FULL NAME | TYPE | INVOLVEMENT | DOB |
|---|---|---|---|
| COMMONWEALTH OF VIRGINIA | SOCIETY/ PUBLIC | VICTIM | |
| HUGHES, MALIK RASHUN | INDIVIDUAL | OFFENDER | |
| SCOTT, ALONTA JA`VION | INDIVIDUAL | OFFENDER | |
| SMALLWOOD-WILLIAMSON, ANDREONNA KATEARA | INDIVIDUAL | VICTIM | |
| WOODS, JAYVON NATHANIEL | INDIVIDUAL | INVOLVED, OTHER | |

### Offense Information

| | |
|---|---|
| Offense Code : <5200-520> WEAPON OFFENSE | Location : HIGHWAY/ROAD/ALLEY |
| Primary Offense : ☐ | Attempt : COMPLETED |
| Offense Description : | |

#### Offense Information :

| | |
|---|---|
| Offense Code : <2800-280> STOLEN PROPERTY OFFENSES | Location : HIGHWAY/ROAD/ALLEY |
| Primary Offense : ☑ | Attempt : COMPLETED |
| Offense Description : | |

### Incident Name

#### Incident/Name Info :

| | |
|---|---|
| Involvement : OFFENDER | Linked Name : HUGHES, MALIK RASHUN |

#### Name Information :

| | |
|---|---|
| Name Unknown : ☐ | Home Address : 5305 MADISON AVE, NEWPORT NEWS, VA, 23602 |

**Incident Number # :**  202411404

| | |
|---|---|
| **Last Name :** HUGHES | **Mailing Address :** |
| **First Name :** MALIK | **Home Phone :** |
| **Middle Name :** RASHUN | **Work Phone :** |
| **Suffix :** | **Other Phone :** |
| **Name Type :** INDIVIDUAL | **Cell Phone :** ███████ |
| **Race :** BLACK | **Email :** |
| **Ethnicity :** NON-HISPANIC | **Secondary Email :** |
| **Gender :** MALE | **State ID :** |
| **DOB :** ███████ | **Eye Color :** BROWN |
| **Age :** 26    to | **Hair Color :** BLACK |
| **Driver's License # :** ███████ | **Glasses :** |
| **Driver's License Expiration Date :** | **Height :** 6'4"    to |
| **Driver's License State :** VIRGINIA | **Weight :** 176    to |
| **Driver's License Class :** | **Juvenile :** ☐ |
| **SSN :** ███████ | **Date Issued :** |
| **Passport # :** | |
| **Country Of Issuance :** | **Passport Expiration Date :** |

**Related Offenses :**

☐ <2800-280> STOLEN PROPERTY OFFENSES

☐ <5200-520> WEAPON OFFENSE

## Incident Name

**Incident/Name Info :**

**Involvement :** OFFENDER          **Linked Name :** SCOTT, ALONTA JA`VION

**Name Information :**

| | |
|---|---|
| **Name Unknown :** ☐ | **Home Address :** ███████ |
| **Last Name :** SCOTT | **Mailing Address :** |
| **First Name :** ALONTA | **Home Phone :** ███████ |
| **Middle Name :** JA`VION | **Work Phone :** |
| **Suffix :** | **Other Phone :** |
| **Name Type :** INDIVIDUAL | **Cell Phone :** ███████ |
| **Race :** BLACK | **Email :** |
| **Ethnicity :** UNKNOWN | **Secondary Email :** |
| **Gender :** MALE | **State ID :** |
| **DOB :** ███████ | **Eye Color :** BROWN |
| **Age :** 22    to | **Hair Color :** BLACK |
| **Driver's License # :** ███████ | **Glasses :** |
| **Driver's License Expiration Date :** | **Height :** 6'3"    to |

**Incident Number # :**  202411404                    **Print Date :**  04/04/2025 17:26

| | | | |
|---|---|---|---|
| **Driver's License State :** VIRGINIA | | **Weight :** 130    to | |
| **Driver's License Class :** | | **Juvenile :** ☐ | |
| **SSN :** ▓▓▓ | | **Date Issued :** | |
| **Passport # :** | | | |
| **Country Of Issuance :** | | **Passport Expiration Date :** | |

## Related Offenses :

☑ <2800-280> STOLEN PROPERTY OFFENSES

☐ <5200-520> WEAPON OFFENSE

---

### Incident Name

**Incident/Name Info :**

**Involvement :** INVOLVED, OTHER                    **Linked Name :** WOODS, JAYVON NATHANIEL

**Name Information :**

| | | | |
|---|---|---|---|
| **Name Unknown :** ☐ | | **Home Address :** ▓▓▓ | |
| **Last Name :** WOODS | | **Mailing Address :** | |
| **First Name :** JAYVON | | **Home Phone :** | |
| **Middle Name :** NATHANIEL | | **Work Phone :** | |
| **Suffix :** | | **Other Phone :** | |
| **Name Type :** INDIVIDUAL | | **Cell Phone :** | |
| **Race :** BLACK | | **Email :** | |
| **Ethnicity :** NON-HISPANIC | | **Secondary Email :** | |
| **Gender :** MALE | | **State ID :** | |
| **DOB :** ▓▓▓ | | **Eye Color :** BROWN | |
| **Age :** 20    to | | **Hair Color :** BLACK | |
| **Driver's License # :** ▓▓▓ | | **Glasses :** | |
| **Driver's License Expiration Date :** | | **Height :**    to | |
| **Driver's License State :** VIRGINIA | | **Weight :**    to | |
| **Driver's License Class :** | | **Juvenile :** ☐ | |
| **SSN :** ▓▓▓ | | **Date Issued :** | |
| **Passport # :** | | | |
| **Country Of Issuance :** | | **Passport Expiration Date :** | |

---

### Incident Name

**Incident/Name Info :**

**Involvement :** VICTIM                    **Linked Name :** COMMONWEALTH OF VIRGINIA

**Name Information :**

**Name Unknown :** ☐                    **Home Address :** ▓▓▓

**Incident Number # :**  202411404                                    **Print Date :**  04/04/2025 17:26

| | |
|---|---|
| **Last Name :** COMMONWEALTH OF VIRGINIA | **Mailing Address :** |
| **First Name :** | **Home Phone :** |
| **Middle Name :** | **Work Phone :** |
| **Suffix :** | **Other Phone :** |
| **Name Type :** SOCIETY/ PUBLIC | **Cell Phone :** |
| **Race :** | **Email :** |
| **Ethnicity :** | **Secondary Email :** |
| **Gender :** | **State ID :** |
| **DOB :** | **Eye Color :** |
| **Age :** to | **Hair Color :** |
| **Driver's License # :** | **Glasses :** |
| **Driver's License Expiration Date :** | **Height :** to |
| **Driver's License State :** | **Weight :** to |
| **Driver's License Class :** | **Juvenile :** ☐ |
| **SSN :** | **Date Issued :** |
| **Passport # :** | |
| **Country Of Issuance :** | **Passport Expiration Date :** |

## Related Offenses :

☐  <2800-280> STOLEN PROPERTY OFFENSES

☑  <5200-520> WEAPON OFFENSE

## Relationship with Suspects :

| Suspect Name | Relationship | Living Together |
|---|---|---|
| | | |

## Victim Information :

| | |
|---|---|
| **Victim Injury Category :** | **Circumstance :** |
| **Weapon Causing Most Injuries :** | **Additional Circumstance :** |
| **Victim Injury :** | **Domestic Disturbance :** |
| **Victim Injury 2 :** | **Domestic Violence Victim Transported :** ☐ |
| **Victim Injury 3 :** | |
| **Victim Injury 4 :** | **Order of Protection Violated :** ☐ |
| **Victim Injury 5 :** | |

### Incident Name

## Incident/Name Info :

**Involvement :** VICTIM                    **Linked Name :** SMALLWOOD-WILLIAMSON, ANDREONNA KATEARA

## Name Information :

**Incident Number # :** 202411404          **Print Date :** 04/04/2025 17:26

| | | | |
|---|---|---|---|
| **Name Unknown :** ☐ | | **Home Address :** | ██████████ |
| **Last Name :** SMALLWOOD-WILLIAMSON | | **Mailing Address :** | |
| **First Name :** ANDREONNA | | **Home Phone :** | ██████ |
| **Middle Name :** KATEARA | | **Work Phone :** | |
| **Suffix :** | | **Other Phone :** | |
| **Name Type :** INDIVIDUAL | | **Cell Phone :** | ██████ |
| **Race :** BLACK | | **Email :** | |
| **Ethnicity :** NON-HISPANIC | | **Secondary Email :** | |
| **Gender :** FEMALE | | **State ID :** | |
| **DOB :** ██████ | | **Eye Color :** BROWN | |
| **Age :** 27   to | | **Hair Color :** BROWN | |
| **Driver's License # :** ██████ | | **Glasses :** | |
| **Driver's License Expiration Date :** | | **Height :** 5'1"  to | |
| **Driver's License State :** VIRGINIA | | **Weight :** 136  to | |
| **Driver's License Class :** | | **Juvenile :** ☐ | |
| **SSN :** ██████ | | **Date Issued :** | |
| **Passport # :** | | | |
| **Country Of Issuance :** | | **Passport Expiration Date :** | |

## Related Offenses :

☑ <2800-280> STOLEN PROPERTY OFFENSES

☐ <5200-520> WEAPON OFFENSE

## Relationship with Suspects :

| Suspect Name | Relationship | Living Together |
|---|---|---|
| SCOTT, ALONTA JA`VION | RELATIONSHIP UNKNOWN | |

## Victim Information :

| | | | |
|---|---|---|---|
| **Victim Injury Category :** | | **Circumstance :** | |
| **Weapon Causing Most Injuries :** | | **Additional Circumstance :** | |
| **Victim Injury :** | | **Domestic Disturbance :** | |
| **Victim Injury 2 :** | | **Domestic Violence Victim Transported :** | ☐ |
| **Victim Injury 3 :** | | | |
| **Victim Injury 4 :** | | **Order of Protection Violated :** | ☐ |
| **Victim Injury 5 :** | | | |

**Incident Number # :** 202411404                                **Print Date :** 04/04/2025 17:26

| Related Property Information | |
|---|---|
| **Linked Property :** 1153712 | **Action :** EVIDENCE |
| **Description :** BLACK AND GOLD TAURUS G3 9MM | **Make/Model :** |
| **Color :** | **Serial #:** ADK767472 |
| **Offense :** WEAPON OFFENSE | **# Units :** 1 |
| **Occured On :** | **Unit Measurement :** DOSAGE UNITS/ITEMS |
| **Reported On :** 12/16/2024 17:47 | **Estimated Total Value :** $300.00 |
| **Sequence Number :** | **Value/Unit :** $300.00 |
| **Related Person :** | **Involvement :** |
| **Scene Location :** | |
| **Action Officer :** | **Action Date/Time :** |
| **Linked Property :** 1153713 | **Action :** EVIDENCE |
| **Description :** SILVER AND BLACK SIG SAUR P320, 9MM. | **Make/Model :** |
| **Color :** | **Serial #:** 58H107865 |
| **Offense :** WEAPON OFFENSE | **# Units :** 1 |
| **Occured On :** | **Unit Measurement :** DOSAGE UNITS/ITEMS |
| **Reported On :** 12/16/2024 17:47 | **Estimated Total Value :** $450.00 |
| **Sequence Number :** | **Value/Unit :** $450.00 |
| **Related Person :** COMMONWEALTH OF VIRGINIA | **Involvement :** OWNER |
| **Scene Location :** | |
| **Action Officer :** | **Action Date/Time :** |
| **Linked Property :** 1153715 | **Action :** EVIDENCE |
| **Description :** BLACK GLOCK 21 GEN 5, 45 CAL. | **Make/Model :** |
| **Color :** | **Serial #:** AKNM068 |
| **Offense :** STOLEN PROPERTY OFFENSES | **# Units :** 1 |
| **Occured On :** 12/16/2024 16:43 | **Unit Measurement :** DOSAGE UNITS/ITEMS |
| **Reported On :** 12/16/2024 17:47 | **Estimated Total Value :** $400.00 |
| **Sequence Number :** | **Value/Unit :** $400.00 |
| **Related Person :** COMMONWEALTH OF VIRGINIA | **Involvement :** OWNER |
| **Scene Location :** | |
| **Action Officer :** TAYLOR,JUSTIN W (122197) | **Action Date/Time :** |

**Incident Number # :**  202411404                                    **Print Date :**  04/04/2025 17:26

| Geo Information | | |
|---|---|---|
| **Zone :** NN | **Tract :** | |
| **District :** CENTRAL | **Neighborhood :** BEAT 24 | |
| **Reporting Area :** | **ESZ :** 171 | |

| Incident Supplements | |
|---|---|
| **Supplement # :** 202411404-0001 | **Location :** |
| **Incident Record :** 202411404 | **Contact Name :** |
| **Date/Time :** 12/17/2024 20:26 | **Not for Prosecution :** ☐ |
| **Type :** EVIDENCE | **Supervisor Name :** |
| **Author :** EDWARDS, KAILEE T (122863) | **Supervisor Review Date :** |
| **Supplement # :** 202411404-0002 | **Location :** |
| **Incident Record :** 202411404 | **Contact Name :** |
| **Date/Time :** 02/06/2025 10:59 | **Not for Prosecution :** ☐ |
| **Type :** FOLLOW UP | **Supervisor Name :** |
| **Author :** SMITH, KAYLA M (122189) | **Supervisor Review Date :** |

**Incident Number # :  202411404**                    **Print Date :**  04/04/2025 17:26

### Narratives

**Report #:**  202411404-0000                          **Author :**  TAYLOR, JUSTIN W (122197)

**Title :**                                             **Entered On :**  12/16/2024 18:49

**Narrative :**

On December 16, 2024, members of the Special Investigations Division conducted a traffic stop on a black in colored Honda Civic bearing Virginia registration TLG-8434. Detectives approached the vehicle, conducting a pat down on the three individuals occupying the vehicle. The three individuals were identified as Malik Hughes, Alonta Scott, and Jayvon Woods.   In lieu, three firearms were recovered from the vehicle. The firearms recovered were a Taurus G3, S/N: ADK767472, a Glock 21, Gen 5, and a Sig Saur P320. Alonta Scott was placed into custody and transported to the Newport News City Jail for Possession of a Firearm by a prohibited person, Conceal Carry of a Firearm by a Prohibited Person, Driving while Revoked, and Possession of a Stolen Firearm (IBR#: 2024-11338). Malik Hughes was issued three Virginia Uniform Summons for Conceal Carry of a Firearm X2, and failure to utilize a seatbelt.

///See commonwealth packet for further.///

JWT.

**Incident Number # :  202411404**                                    **Print Date :**  04/04/2025 17:26

---

**Report #:**  202411404-0001                                **Author :**  EDWARDS, KAILEE T (122863)

**Title :**  SUSPECT                                    **Entered On :**  12/17/2024 20:26
SEARCH
WARRANT

**Narrative :**

On December 16, 2024, at 2145 hours, Det Pinion executed a search warrant on Alonta Ja'Vion Scott to collect his buccals, tenprints, and palmprints. Photos were taken. At 2158 hours, Mr. Scotts buccal swabs were collected. At 2159 hours, Mr. Scotts buccal swabs were collected. At 2209 hours, Mr. Scotts tenprints and palmprints were collected.

| Involved Officers | |
|---|---|
| **Officer :** TAYLOR, JUSTIN W (122197) | **Unit :** |
| **Involvement :** PRIMARY | **Involvement Status :** |
| **Date/Time :** | |
| **Comments :** | |