# Newport News Police Department
## Incident Report

**ORI :** VA1160000

**Incident Number # :** 202411338

**Print Date :** 02/03/2025 10:42

### Incident Information

| | |
|---|---|
| **Incident # :** 202411338 | **Reported Date :** 12/14/2024 12:59 |
| **Investigating Officer :** | **Reporting Officer :** ALLEN-SEARS, MERCEDEZ L |
| **Occured From :** 11/30/2024 19:00 SAT | **Location :** 742 GLOUCESTER DR  NN,VA 23605 |
| **Occured To :** 12/01/2024 06:29 SUN | |

**Incident Details**

| | |
|---|---|
| **Case Status :** FURTHER INVESTIGATION | **Disposition :** |
| **Status Date :** 01/02/2025 09:06 | **Disposition Date :** |
| **Record Date :** | |
| **Remarks :** | |

### Associated Name Summary

| FULL NAME | TYPE | INVOLVEMENT | DOB |
|---|---|---|---|
| ███████████ | ███████ | ███████████ | ██████ |
| SCOTT, ALONTA JA`VION | INDIVIDUAL | OFFENDER | ██████ |
| ███████████████████ | INDIVIDUAL | VICTIM | ██████ |

### Offense Information

| | |
|---|---|
| **Offense Code :** <2300-23H> LARCENY | **Location :** RESIDENCE/HOME |
| **Primary Offense :** ☑ | **Attempt :** COMPLETED |
| **Offense Description :** | |

### Incident Name

**Incident/Name Info :**

| | |
|---|---|
| **Involvement :** VICTIM | **Linked Name :** ███████████ |

**Name Information :**

| | |
|---|---|
| **Name Unknown :** ☐ | **Home Address :** ████████████████ |
| **Last Name :** ███████████ | **Mailing Address :** |
| **First Name :** ████████ | **Home Phone :** ████████ |
| **Middle Name :** ██████ | **Work Phone :** |
| **Suffix :** | **Other Phone :** |
| **Name Type :** INDIVIDUAL | **Cell Phone :** ████████ |
| **Race :** BLACK | **Email :** |
| **Ethnicity :** NON-HISPANIC | **Secondary Email :** |
| **Gender :** FEMALE | **State ID :** |

**Incident Number # :**  **202411338**                    **Print Date :**  02/03/2025 10:42

| | | | |
|---|---|---|---|
| **DOB :** | ▮ | **Eye Color :** | BROWN |
| **Age :** | 27    to | **Hair Color :** | BROWN |
| **Driver's License # :** | ▮ | **Glasses :** | |
| **Driver's License Expiration Date :** | | **Height :** | 5'1"    to |
| **Driver's License State :** | VIRGINIA | **Weight :** | 136    to |
| **Driver's License Class :** | | **Juvenile :** | ☐ |
| **SSN :** | ▮ | **Date Issued :** | |
| **Passport # :** | | | |
| **Country Of Issuance :** | | **Passport Expiration Date :** | |

## Related Offenses :

☑  <2300-23H> LARCENY

## Relationship with Suspects :

| Suspect Name | Relationship | Living Together |
|---|---|---|

## Victim Information :

| | | | |
|---|---|---|---|
| **Victim Injury Category :** | | **Circumstance :** | |
| **Weapon Causing Most Injuries :** | | **Additional Circumstance :** | |
| **Victim Injury :** | | **Domestic Disturbance :** | |
| **Victim Injury 2 :** | | **Domestic Violence Victim Transported :** | ☐ |
| **Victim Injury 3 :** | | | |
| **Victim Injury 4 :** | | **Order of Protection Violated :** | ☐ |
| **Victim Injury 5 :** | | | |

| Incident Name |
|---|

## Incident/Name Info :

| | | | |
|---|---|---|---|
| **Involvement :** | INVOLVED, OTHER | **Linked Name :** | ▮ |

## Name Information :

| | | | |
|---|---|---|---|
| **Name Unknown :** | ☐ | **Home Address :** | ▮ |
| **Last Name :** | ▮ | **Mailing Address :** | |
| **First Name :** | ▮ | **Home Phone :** | |
| **Middle Name :** | ▮ | **Work Phone :** | |
| **Suffix :** | | **Other Phone :** | |
| **Name Type :** | INDIVIDUAL | **Cell Phone :** | |
| **Race :** | BLACK | **Email :** | |
| **Ethnicity :** | UNKNOWN | **Secondary Email :** | |
| **Gender :** | FEMALE | **State ID :** | |
| **DOB :** | ▮ | **Eye Color :** | BROWN |

**Incident Number # :** 202411338                    **Print Date :** 02/03/2025 10:42

| | |
|---|---|
| **Age :** 28  to | **Hair Color :** BLACK |
| **Driver's License # :** ▮▮▮▮ | **Glasses :** |
| **Driver's License Expiration Date :** | **Height :** 5'6"  to |
| **Driver's License State :** VIRGINIA | **Weight :** 230  to |
| **Driver's License Class :** | **Juvenile :** ☐ |
| **SSN :** | **Date Issued :** |
| **Passport # :** | |
| **Country Of Issuance :** | **Passport Expiration Date :** |

## Incident Name

**Incident/Name Info :**

| | |
|---|---|
| **Involvement :** OFFENDER | **Linked Name :** SCOTT, ALONTA JA`VION |

**Name Information :**

| | |
|---|---|
| **Name Unknown :** ☐ | **Home Address :** ▮▮▮▮ |
| **Last Name :** SCOTT | **Mailing Address :** |
| **First Name :** ALONTA | **Home Phone :** (▮▮▮ |
| **Middle Name :** JA`VION | **Work Phone :** |
| **Suffix :** | **Other Phone :** |
| **Name Type :** INDIVIDUAL | **Cell Phone :** (▮▮▮ |
| **Race :** BLACK | **Email :** |
| **Ethnicity :** UNKNOWN | **Secondary Email :** |
| **Gender :** MALE | **State ID :** |
| **DOB :** ▮▮▮▮ | **Eye Color :** BROWN |
| **Age :** 22  to | **Hair Color :** BLACK |
| **Driver's License # :** ▮▮▮▮ | **Glasses :** |
| **Driver's License Expiration Date :** | **Height :** 6'3"  to |
| **Driver's License State :** VIRGINIA | **Weight :** 130  to |
| **Driver's License Class :** | **Juvenile :** ☐ |
| **SSN :** ▮▮▮▮ | **Date Issued :** |
| **Passport # :** | |
| **Country Of Issuance :** | **Passport Expiration Date :** |

**Related Offenses :**

☑ <2300-23H> LARCENY

Case 4:25-cr-00055-RAJ-LRL   Document 34-2   Filed 04/15/26   Page 4 of 13 PageID# 193

**Incident Number # :** 202411338

**Print Date :** 02/03/2025 10:42

| Related Property Information | |
|---|---|
| **Linked Property :** 1153592 | **Action :** STOLEN/ETC |
| **Description :** FIREARM | **Make/Model :** GLOCK 21/GEN 5 |
| **Color :** | **Serial #:** AKNM068 |
| **Offense :** LARCENY | **# Units :** 1 |
| **Occured On :** 11/30/2024 19:00 | **Unit Measurement :** |
| **Reported On :** 12/14/2024 12:59 | **Estimated Total Value :** $712.00 |
| **Sequence Number :** | **Value/Unit :** $712.00 |
| **Related Person :** | **Involvement :** |
| **Scene Location :** | |
| **Action Officer :** ALLEN-SEARS,MERCEDEZ L (122660) | **Action Date/Time :** |
| **Linked Property :** 1153594 | **Action :** STOLEN/ETC |
| **Description :** MAGAZINE | **Make/Model :** GLOCK/NONE |
| **Color :** | **Serial #:** |
| **Offense :** LARCENY | **# Units :** 1 |
| **Occured On :** 11/30/2024 19:00 | **Unit Measurement :** |
| **Reported On :** 12/14/2024 12:59 | **Estimated Total Value :** $0.01 |
| **Sequence Number :** | **Value/Unit :** $0.01 |
| **Related Person :** ████████████ | **Involvement :** OWNER |
| **Scene Location :** | |
| **Action Officer :** ALLEN-SEARS,MERCEDEZ L (122660) | **Action Date/Time :** 12/14/2024 12:59 |
| **Linked Property :** 1153596 | **Action :** STOLEN/ETC |
| **Description :** GLOCK GUN STORAGE CASE | **Make/Model :** |
| **Color :** | **Serial #:** |
| **Offense :** LARCENY | **# Units :** 1 |
| **Occured On :** 11/30/2024 19:00 | **Unit Measurement :** |
| **Reported On :** 12/14/2024 12:59 | **Estimated Total Value :** $0.01 |
| **Sequence Number :** | **Value/Unit :** $0.01 |
| **Related Person :** ████████████ | **Involvement :** OWNER |
| **Scene Location :** | |
| **Action Officer :** ALLEN-SEARS,MERCEDEZ L (122660) | **Action Date/Time :** |
| **Linked Property :** 1153592 | **Action :** RECOVERED |
| **Description :** FIREARM | **Make/Model :** GLOCK 21/GEN 5 |
| **Color :** | **Serial #:** AKNM068 |
| **Offense :** LARCENY | **# Units :** 1 |
| **Occured On :** 11/30/2024 19:00 | **Unit Measurement :** |

**Incident Number # :**   **202411338**                              **Print Date :**  02/03/2025 10:42

| | |
|---|---|
| **Reported On :**  12/14/2024 12:59 | **Estimated Total Value :**  $712.00 |
| **Sequence Number :** | **Value/Unit :**  $712.00 |
| **Related Person :** | **Involvement :** |
| **Scene Location :** | |
| **Action Officer :**  ALLEN-SEARS,MERCEDEZ L (122660) | **Action Date/Time :** |

## Geo Information

| | |
|---|---|
| **Zone :**  NN | **Tract :** |
| **District :**  SOUTH | **Neighborhood :**  BEAT 13 |
| **Reporting Area :** | **ESZ :**  213 |

## Incident Supplements

| | |
|---|---|
| **Supplement # :**  202411338-0001 | **Location :** |
| **Incident Record :**  202411338 | **Contact Name :** |
| **Date/Time :**  12/14/2024 14:14 | **Not for Prosecution :**  ☐ |
| **Type :**  FOLLOW UP | **Supervisor Name :** |
| **Author :**  GRAY, KARI N (122903) | **Supervisor Review Date :** |
| **Supplement # :**  202411338-0002 | **Location :** |
| **Incident Record :**  202411338 | **Contact Name :** |
| **Date/Time :**  12/16/2024 16:40 | **Not for Prosecution :**  ☐ |
| **Type :**  EVIDENCE | **Supervisor Name :** |
| **Author :**  BARRIERE, RENE (122131) | **Supervisor Review Date :** |

**Incident Number # :**  **202411338**                                        **Print Date :**  02/03/2025 10:42

| | |
|---|---|
| **Supplement # :** 202411338-0003 | **Location :** |
| **Incident Record :** 202411338 | **Contact Name :** |
| **Date/Time :** 12/20/2024 16:32 | **Not for Prosecution :** ☐ |
| **Type :** FOLLOW UP | **Supervisor Name :** |
| **Author :** HAKE, JENNIFER L (121574) | **Supervisor Review Date :** |
| **Supplement # :** 202411338-0004 | **Location :** |
| **Incident Record :** 202411338 | **Contact Name :** |
| **Date/Time :** 12/27/2024 08:22 | **Not for Prosecution :** ☐ |
| **Type :** CORRECTION | **Supervisor Name :** |
| **Author :** ALLEN-SEARS, MERCEDEZ L (122660) | **Supervisor Review Date :** |

Case 4:25-cr-00055-RAJ-LRL     Document 34-2     Filed 04/15/26     Page 7 of 13 PageID# 196

**Incident Number # :**  **202411338**                                    **Print Date :**  02/03/2025 10:42

| Narratives |
|:---:|

**Report #:**  202411338-0000                    **Author :**  ALLEN-SEARS, MERCEDEZ L (122660)

**Title :**                                        **Entered On :**  12/14/2024 13:26

**Narrative :**

Case 4:25-cr-00055-RAJ-LRL     Document 34-2     Filed 04/15/26     Page 7 of 13 PageID# 196

**Incident Number # :**  202411338                                    **Print Date :**  02/03/2025 10:42

On December 14, 2024, at 1235 hours, I, Officer Allen-Sears, was dispatched to 9710 Jefferson Ave (Newport News Police Headquarters) to meet with an individual standing by in a white Nissan wishing to report a larceny of a firearm. Upon arrival, I observed a white Nissan Altima bearing ████████████ occupied at least twice. I requested a DMV query by dispatch which returned the Nissan registered to Ms. ████████ (B60304270). I approached the driver's side door and was requested to speak with the passenger of the vehicle. I identified the passenger as Ms. ██████████████████████████ by her Virginia Driver's license.

████████████████ reported that on November 30, 2024, she purchased a firearm at a gun show in Hampton. After purchasing this firearm, she left it at the residence of 742 Gloucester Ave  of which she was staying, while attending a family gathering at a different location. ████████████ stated she left it at the residence for "safe-keeping" because she knew she would be around children at the gathering. ████████████ further stated that her boyfriend and a "few others" were at the residence at the time of her leaving her firearm at there.

████████████ stated that she then received a phone call from "Yana" the following morning, December 1, 2024, at approximately 0629 hours, and was informed that there had been an altercation at the residence involving her boyfriend who she identified as Mr. Jude **Dorfeuil** ███████████ ████████████████████ stated that while she had concerns about the altercation, but her main concerns were the location of her firearm.

████████████ advised that she has been trying to speak to officers involved in the referenced incident and had also contacted property and evidence to locate her firearm without success. She stated that she was told on Monday, December 9, 2024, that the firearm was not in possession of the department but could not advise who informed her of this information.

In ascertaining further information, Ms. ████████ stated that the firearm was a Glock 21, which was in a Glock Gun case. She placed this box in a downstairs closet of 742 Gloucester Ave and last seen it November 30, 2024 at 1900 hours.

Ms. ████████████ produced a receipt of purchase and pointed out the serial number to me on the receipt (S/N AKNM068). A photograph of this receipt was taken and attached to this report.

At 1345 hours, I spoke with Ms. ████████████ by phone and she verified the firearm to be black in color and had a single magazine with it in the lockbox.

████████████ was provided with the corresponding report number for this incident on scene.

Glock 21 firearm S/N AKNM068 NCIC as stolen at 1418 hours

\MLAS 2660/

**Incident Number # :   202411338**                              **Print Date :**  02/03/2025 10:42

| | |
|---|---|
| **Report #:**   202411338-0001 | **Author :**  GRAY, KARI N (122903) |
| **Title :**   ENTER STOLEN GUN #202411338 | **Entered On :**  12/14/2024 14:18 |

**Narrative :**

AT APPROXIMATELY 1338, OFFICER ALLEN-SEARS CALLED TO HAVE A FIREARM ENTERED INTO VCIN/NCIC AS STOLEN. THE FIREARM WAS QUERIED WITH NO RETURNS AND ENTERED INTO NCIC. THE NIC WAS THEN ADDED TO THE PROPERTY PAGE. SEE ATTACHMENTS.

**Incident Number # :**  **202411338**                                     **Print Date :**  02/03/2025 10:42

---

**Report #:**   202411338-0002                                 **Author :**  BARRIERE, RENE (122131)

**Title :**                                                    **Entered On :**  12/17/2024 19:49

**Narrative :**

On December 16 2024, at 1640 a Glock 21 .45 cal (S/N AKNM068) was recovered from under the driver seat of driven by Alonta Scott. Firearm was cleared from NCIC by Det. Barriere and placed into P&E under control number 306186. Ref IBR 2024-11404.

Page 11 of 13 02/03/2025

**Incident Number # :  202411338**                          **Print Date :**  02/03/2025 10:42

**Report #:**  202411338-0003                          **Author :**  HAKE, JENNIFER L (121574)

**Title :**  QUALITY
CONTROL OF
NCIC ENTRY                          **Entered On :**  12/20/2024 16:33

**Narrative :**

QUALITY CONTROL OF NCIC ENTRY - GUN PREVIOUSLY RECOVERED AND CLEARED FROM NCIC

SUPPLEMENT ON 12/17/2024 STATES:

Firearm was cleared from NCIC by Det. Barriere and placed into P&E under control number 306186. Ref IBR 2024-11404.

NO PAPERWORK RECEIVED THAT REFLECTS GUN CLEARED FROM NCIC

**Incident Number # :** 202411338          **Print Date :** 02/03/2025 10:42

## Involved Officers

| | | | |
|---|---|---|---|
| **Officer :** | COLLINS, STEPHEN R (121886) | **Unit :** | |
| **Involvement :** | Assisting | **Involvement Status :** | |
| **Date/Time :** | | | |
| **Comments :** | | | |

| | | | |
|---|---|---|---|
| **Officer :** | ALLEN-SEARS, MERCEDEZ L (122660) | **Unit :** | |
| **Involvement :** | PRIMARY | **Involvement Status :** | |
| **Date/Time :** | | | |
| **Comments :** | | | |

## Calls For Service

| | | | |
|---|---|---|---|
| **CFS # :** | 20241214237 | **Date Recieved :** | 12/14/2024 12:25 |
| **Call Date # :** | 12/14/2024 12:25 | **Call Identifier :** | |
| **Last\Full Name :** | | **Phone :** | ▇▇▇▇▇ |

**Remarks :** 2024-12-14T12:25:43
:
HAVE OFFCR MEET ADRIANA WILLIAMS STBY IN WHI NISS IN PARKING LOT REF TO MAKING A STOLEN REPORT FPR HER GLOCK 21..LS AT 742 GLOUCESTER DR 2024-12-14T12:25:43
:
** LOI search completed at 12/14/24 12:25:43 2024-12-14T12:25:43
:
** Case number I202411338 has been assigned to event P20241214237 2024-12-14T12:59:00
:
** >>>> by: MARYBETH E. REANDEAU on terminal: disp8wkst 2024-12-14T12:59:00
:
THW3619 2024-12-14T13:02:30
:
** Event P20241214237 closed. 2024-12-14T17:41:09

## Incident Related Cases

| | | | |
|---|---|---|---|
| **Case Management ID :** | 2024C16087 | **Date/Time Logged :** | 01/02/2025 09:06 |
| **Case Type :** | PATROL | **Lead Investigator :** | ALLEN-SEARS, MERCEDEZ L (122660) |
| **Investigation Status :** | ACTIVE, OPEN | **Primary :** | ☐ |



RECEIPT.JPG

U34629

| CUSTOMER'S ORDER NO. AKNM068 | | | | DATE 11/30/24 | | |
| --- | --- | --- | --- | --- | --- | --- |
| NAME ████████████ | | | | | | Williamson |
| 107 church st | | | | | | |
| CITY, STATE, ZIP Williamsburg | | | VA 23185 | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
| | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 | Giock 21 | 7/2 Cash | |
| 2 | gen 5 | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

$ PAID

POTOMAC ARMS
202-403-9396
potomacarmsffl@gmail.com

RECEIVED BY

A-4705
T-46528

KEEP THIS SLIP

01-11