# WESTERN TIDEWATER REGIONAL JAIL

2402 Godwin Blvd., Suffolk, VA 23434 * (757) 539-3119 * Fax (757) 539-6409

*Serving:*                    **INCIDENT REPORT**                    *Superintendent:*
County of Isle of Wight                                              William Smith
City of Franklin
City of Suffolk

**Date:** 03/23/2026        **Time:** 0603        **Location:** Watch Office

**REPORTING OFFICER:** Sgt. Johnson, C.

**WITNESS (S)**  **(1)** Sgt. Allen, D.           **(2)** Ofc. Battle, J.
                 **(3)**                           **(4)**
                 **(5)**                           **(6)**

**INMATES (S)**  **(1)** Mason, Ta'Shawn  # 66290  **(2)** Vinyard, Lavale  # 60242
                 **(3)** Hughes, Malik    # 68674  **(4)**                 #
                 **(5)**                  #        **(6)**                 #

## DESCRIPTION OF INCIDENT:

A code 13 blue was called in Echo 4 at approximately 0143 by Ofc. Battle. While Ofc. Battle was sitting in the control. All booth he witnessed inmates upstairs in Echo 4 repeatedly swinging laundry bags at each other in an aggressive manner available Officers arrived and inmates Vinyard, Lavale; Mason, Ta'Shawn; and Hughes, Malik were fighting. Sgt. Allen administered O.C. spray to gain compliance of inmates. All inmates were handcuffed and escorted to Alpha block showers for decontamination and then seen by medical. Inmates have been written up on major and minor rule violations.

Incident can be reviewed on DVR 6 camera 128 at 01:41:11 A.M.

**OFFICER'S NAME: (PRINT)** Sgt. Johnson, C.

**OFFICER'S SIGNATURE:** _____

**SUPERVISOR'S NAME: (PRINT)**

**SUPERVISOR'S SIGNATURE:**

# INCIDENT – CONTINUATION FORM

**REPORTING OFFICER:** _____   **DATE:**

**LOCATION OF INCIDENT:** _____   **TIME:** _____

**DESCRIPTION OF INCIDENT: (CONTINUATION)**

# WESTERN TIDEWATER REGIONAL JAIL

2402 Godwin Blvd., Suffolk, VA 23434 * (757) 539-3119 * Fax (757) 539-6409

| *Serving:* | **INCIDENT REPORT** | *Superintendent:* |
|---|---|---|
| County of Isle of Wight | | William C. Smith |
| ity of Franklin | | |
| City of Suffolk | | |

**Date:** 03-23-26        **TIME:** 0400        **Location:** Echo 4

**REPORTING OFFICER:** Sgt. D. Allen

**WITNESS (S)**  (1) _____  (2) _____
(3) _____  (4) _____
(5) _____  (6) _____

**INMATES (S)**  (1) Mason, Ta'shawn  # 66290  (2) Hughes, Malik  # 68674
(3) Vinyard, Lavale  # 60242  (4) _____  #
(5) _____  #  (6) _____  #

**DESCRIPTION OF INCIDENT:**

On 03-23-26 at approximately 0143 a code 13 Blue was called to Echo 4 by Ofc. Battle. When all available officers arrived, I observed inmates Mason, Ta'shawn, Hughes, Malik and Vinyard, Lavale fighting on the top tier of E4. ', Sgt. Allen gave the verbal commands for all inmates involved to stop fighting but they refused and continued to fight. OC stray was then administered to the faces of all three inmates involved by myself. All inmates involved were secured in handcuffs and escorted to Booking for decontamination, before being evaluated by Nurse Singh. Inmates Mason and Hughes were relocated to D3 cell 1473 and inmate Vinyard was relocated to D2 cell 1496. All inmates involved were written up on major and minor rule violations, pending board hearing. *End of Report*

**OFFICER'S NAME: (PRINT)** Sgt. D. Allen

**OFFICER'S SIGNATURE:** *Sgt. D. allen*

**SUPERVISOR'S NAME: (PRINT)** _____

**SUPERVISOR'S SIGNATURE:** _____

# INCIDENT – CONTINUATION FORM

**REPORTING OFFICER:** Sgt. D. Allen

**DATE:** 03/23/2026

**LOCATION OF INCIDENT:** Echo 4

**TIME:** 0400

# WESTERN TIDEWATER REGIONAL JAIL

### 2402 Godwin Blvd., Suffolk, VA 23434 * (757) 539-3119 * Fax (757) 539-6409

*Serving:*                                 ## INCIDENT REPORT                    *Superintendent:*
County of Isle of Wight                                                                    William Smith
City of Franklin
City of Suffolk

**Date:** 03/23/2026                **Time:** 0230              **Location:** Echo 4

**REPORTING OFFICER:** Ofc. Battle

**WITNESS (S)**  (1) _____  (2) _____
                 (3) _____  (4) _____
                 (5) _____  (6) _____

**INMATES (S)**  (1) Mason, Ta'Shawn  # 66290  (2) Vinyard, Lavale  # 60242
                 (3) Hughes, Malik    # 68674  (4) _____  # _____
                 (5) _____     # _____ (6) _____  # _____

## DESCRIPTION OF INCIDENT:

On the date of 03/23/2026 at approximately 0143 I, ofc. Battle witnessed from the control booth multiple inmates upstairs in Echo 4 repeatedly swinging what appeared to be laundry bags at each other while also avoiding being hit & in return trying to hit each other. It appeared to be an altercation from my view so I called a code 13 blue to Echo 4. Responding officers arrived and inmates Mason, T #66290, Vinyard, L #60242, & Hughes, M #68674 were all escorted from echo 4 to medical without further incident.

**OFFICER'S NAME: (PRINT)** Ofc. Battle

**OFFICER'S SIGNATURE:**

**SUPERVISOR'S NAME: (PRINT)**

**SUPERVISOR'S SIGNATURE:**

# INCIDENT – CONTINUATION FORM

**REPORTING OFFICER:** _____    **DATE:**

**LOCATION OF INCIDENT:** _____    **TIME:** _____

**DESCRIPTION OF INCIDENT: (CONTINUATION)**

DATE 3/2/26

# MEDICAL INCIDENT REPORT

## UNUSUAL INCIDENTS OR EMERGENCY TRANSFERS

TIME NOTIFIED 0310    WATCH COMMANDER Sgt Johnson

INMATE NAME: Hughes, Malik #68674    BLOCK E4

INMATE COMPLAINT: Physical altercation and cc spray

TREATMENT ASSESSMENT:
IM seen in medical after decontamination IM complained of mild generalized burning sensation. 2 linr scratches present on right chest and anterior shoulder area. Mild redness and bruising present on left shoulder. Abrasion with small amount of blood present on right posterior forearm which was covered in a bandage No reported loss of consciousness vital signs obtained and IM released from medical in stable condition.

BY AMBULANCE: YES NO    JAIL TRANSPORT YES NO    TIME DEPARTED: N/A

NURSE MAKING REFERRAL: N/A

JAIL PHYSICIAN NOTIFIED: YES NO    TIME N/A

COURTESY CALL TO FACILITY: YES NO    TIME N/A    REPORT GIVEN TO: 

_____
MEDICAL DEPARTMENT REPRESENTATIVE

COPIES TO: WATCH COMMANDER
DIRECTOR OF MEDICAL SERVICES